## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **TIMBERLY MYGATT**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:15-cv-01947-RLW |
| **MEDICREDIT, INC.**, | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW Plaintiff, Timberly Mygatt, and for her Motion for Partial Summary Judgment, states as follows:

1. Plaintiff incorporates by reference her Memorandum in Support and her Statement of Uncontroverted Facts, filed contemporaneously herewith.

2. Summary judgment is appropriate in Plaintiff's favor on her claim under 15 U.S.C. § 1692e against Defendant Medicredit, Inc. ("Medicredit").

3. The undisputed facts demonstrate that Medicredit violated Section 1692e(2)(A) within its December 24, 2014 and April 25, 2015 collections letters by misrepresenting the amount and character of the debt it was attempting to collect.

4. Plaintiff moves for summary judgment as to liability only.  She reserves the right to have her damages in this case determined at trial.

WHEREFORE, Plaintiff respectfully requests that the Court accept Plaintiff's Motion and Memorandum in Support for Partial Summary Judgment for filing, grant partial summary judgment in Plaintiff's favor, and enter all other and further relief in Plaintiff's favor that the Court deems proper.

Respectfully submitted,

**BRODY & CORNWELL**

/s/ Bryan E. Brody
_____

BRYAN E. BRODY, #57580MO
ALEXANDER J. CORNWELL, #64793MO
1 North Taylor Ave.
St. Louis, Missouri 63108
Phone: (314) 932-1068
Fax:     (314) 667-3161
Bryan.E.Brody@gmail.com

## CERTIFICATE OF SERVICE

The undersigned attests that, on August 24, 2016, the foregoing document was served by operation of the Court's electronic filing system on the following counsel of record:

Scott J. Dickenson
Ryan C. Hardy
SPENCER FANE LLP
1 N. Brentwood Blvd., Suite 1000
St. Louis, Missouri 63105
*Attorneys for Defendant*

/s/ Bryan E. Brody
_____

2